**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| RANDALL & TRESSA VALENTINE | § | PLAINTIFFS |
| | § | |
| v. | § | Civil No. 1:10CV337HSO-JMR |
| | § | |
| R.C.S. ENTERPRISES ENG DESIGN, L.P., ET AL. | § § | DEFENDANTS |

## FINAL JUDGMENT

THIS CAUSE COMES BEFORE THE COURT following entry of the Order [119-1] granting Plaintiffs' Motion for Partial Dismissal [118-1], without prejudice, of Defendant Palm Harbor Homes, Inc. In accordance with the Court's previous Orders dismissing Palm Harbor Homes, Inc., without prejudice [119-1] and each of the other named Defendants [68-1, 116-1, 117-1], with prejudice, the Court finds that the above captioned cause should be dismissed.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiffs' Complaint, and all claims asserted therein, are hereby dismissed with prejudice as to Defendants Parnell Construction Company, R.C.S. Enterprises Eng Design, LP, Dyke S. Parnell, and Judson O. Parnell, and without prejudice as to Defendant Palm Harbor Homes, Inc., with each party to bear its own costs.

**SO ORDERED AND ADJUDGED**, this the 24th day of January, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE